# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re:  Elisa Jaime Lowe | Case No. 13-53803 |
| xxx-xx-5474 | |
| Debtor | Judge C. Kathryn Preston |
| | Chapter 7 |

## MOTION TO REOPEN CHAPTER 7 CASE

Now comes the Debtor, Elisa Jaime Lowe by her attorney and respectfully moves this Court for an Order Reopening their Chapter 7 case pursuant to 11 U.S.C. § 350(b) to permit the Debtor to file an Adversary Proceeding to enforce the Debtor's discharge. The basis for this motion is more fully stated in the Memorandum in Support set forth below.

## MEMORANDUM IN SUPPORT

1. Debtor petitioned this court under Chapter 7 of the Bankruptcy Code, on May 10, 2013. Debtor received a discharge on October 29, 2013 and the case was subsequently closed.

2. Debtor desires to file an Adversary Proceeding for violation of the discharge injunction and related claims.

3. Undersigned counsel hereby certifies that the purpose of the reopening of this case relates to Debtor's discharge.  Therefore no filing fee is required LBR 5010-1.

WHEREFORE, Debtor requests an Order that the Motion be GRANTED and that Debtor be permitted to reopen their chapter 7 case so that they may bring an Adversary Proceeding against a creditor for violation of the discharge injunction and related claims and for such other relief as is just and proper.

/s/ *Robert Ellis*
Robert Ellis, Esq. (0011706)
ELLIS & ELLIS,
A Legal Professional Association
Attorneys for Debtor
328 Fourth Street
Marietta, OH 45750
740-373-8624 Fax 740-373-8981
bobellis@ellisandellis.net

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached Motion to Reopen Case was served this date on the parties whose names and full addresses are listed below, by United States Mail postage prepaid and/or electronically, as and for NOTICE that the attached request for relief has been filed.

**DATED:** 12/16/2014        /s/ *Robert Ellis*
                              Robert Ellis, Esq.

**The following were served by U.S. mail:**

Elisa Jaime Lowe
59 N. Seventh Street
McConnelsville, Ohio 43756

All creditors and parties in interest as shown on the attached matrix

**The following were served electronically through the court's ECF System at the email address registered with the court:**

Brent A. Stubbins, Chapter 7 Trustee
Office of the U. S. Trustee

```
Label Matrix for local noticing            American Infosource LP as agent for    Asst US Trustee (Col)
0648-2                                     Midland Funding LLC                    Office of the US Trustee
Case 2:13-bk-53803                         PO Box 268941                          170 North High Street
Southern District of Ohio                  Oklahoma City OK   731268941           Suite 200
Columbus                                                                          Columbus, OH 43215-2417
Tue Dec 16 11:50:13 EST 2014

Victor O Buente Jr                         CIRAS LLC                              Ciras ,LLC
100 North Center St                        Attn Kevin Harper                      3000 Smoot Rd Ste A
Newton Falls, OH 44444-1321                3000 Smoot Road                        Smoot, WV  24977-9602
                                           Suite A
                                           Smoot, WV 24977-9602

Robert Ellis                               Brian M Gianangeli                     HSBC
328 4th St                                 6305 Emerald Parkway                   Attn: Dispute Process
Marietta, OH 45750-2001                    Dublin, OH 43016-3241                  12447 SW 69th Ave
                                                                                  Portland, OR 97223-8517

Internal Revenue Service                   John Lowe                              Elisa Jaime Lowe
Insolvencies                               59 N 7th St                            59 N 7th St
PO Box 7346                                McConnelsville, OH  43756-1101         McConnelsville, OH 43756-1101
Philadelphia, PA  19101-7346

Marc A Melamed, Esq.                       Mark Howdyshell, Pros                  Midland Funding LLC
Javitch, Block & Rathbone, LLC             19 E Main St                           8875 Aero Dr Ste 200
1100 Superior Ave E 19th Fl                McConnelsville, OH  43756-1100         San Diego, CA  92123-2255
Cleveland, OH 44114-2521

Morgan County Treasurer                    Morgan County Treasurer                Thomas Musarra
Dawn M Hosom                               Mark J. Howdyshell,                    4367 State Road
155 E Main St Rm 153                       Prosecuting Attorney                   Akron, OH 44319-3497
McConnelsville, OH  43756-1297             19 E. Main St.
                                           McConnelsville, OH 43756-1172

(p)OHIO BUREAU OF WORKERS COMPENSATION     Ohio Department Of Job & Family Services   Ohio Department Of Taxation
LAW SECTION BANKRUPTCY UNIT                Revenue Recovery - Litigation          Attn:  Bankruptcy Division
P O BOX 15567                              PO Box 182404                          PO Box 530
COLUMBUS OH 43215-0567                     Columbus, OH  43218-2404               Columbus, OH 43216-0530

Ohio Department Of Taxation                Peter N Cultice, Esq                   Brent A Stubbins
C/O Attorney General Of Ohio               58 N 5th St                            59 N 4th St
150 E Gay St Fl 21                         Zanesville, OH  43701-3527             Zanesville, OH 43701-3409
Columbus, OH  43215-3191

Brent A Stubbins                           The Cadle Company                      The Cadle Company
PO Box 488                                 100 North Center Street                100 N. Center St.
Zanesville, OH 43702-0488                  Newton Falls, OH 44444-1380            Attn: HHA50001
                                                                                  Newton Falls, OH 44444-1380

Thomas M Musarra, Esq                      US Department Of Education             Union Plus Credit Card
4367 State Rd                              Direct Loan Servicing Center           PO Box 80027
Akron, OH  44319-3497                      PO Box 5602                            Salinas, CA  93912-0027
                                           Greenville, TX  75403-5602
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ohio Bureau of Workers' Compensation
PO Box 15567
Columbus, OH 43215-0567

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bureau of Workers' Compensation | (d)Ciras, LLC | End of Label Matrix |
| | 3000 Smoot Rd Ste A | Mailable recipients   29 |
| | Smoot, WV  24977-9602 | Bypassed recipients    2 |
| | | Total                 31 |