**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:   Elisa Jaime Lowe                                      Case No. 13-53803
       xxx-xx-5474
       Debtor                                              Judge C. Kathryn Preston
                                                                                                                                                              Chapter 7

**NOTICE OF CHANGE OF ADDRESS**

    Now comes the Debtor, Elisa Jaime Lowe by her attorney and give notice that her address has changed as follows:

        Elisa Jaime Lowe
        6771 St Rt 521
        Sunbury, Ohio 43075

                                                          /s/ *Robert Ellis*
                                                          Robert Ellis, Esq. (0011706)
                                                           ELLIS & ELLIS,
                                                           A Legal Professional Association
                                                           Attorneys for Debtor
                                                           328 Fourth Street
                                                          Marietta, OH 45750
                                                           740-373-8624 Fax 740-373-8981
                                                           bobellis@ellisandellis.net

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing Notice was served this date on the parties whose names are listed below electronically through ECF.

    Brent A. Stubbins, Chapter 7 Trustee
    Office of the U. S. Trustee

Date: 12/24/2014                                    /s/ *Robert Ellis*
                                                                              Robert Ellis